IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMETT STROMAS,
    Plaintiff,

vs.                                    Case No. 3:11cv31/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 27, 2011 (Doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 27th day of June, 2011.

                                           /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**